**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
SUSAN M. ARCHIBALD,            )
                               )
        Plaintiff,             )
     v.                        )    Civ. No. 01-1492 (EGS)
                               )
DR. JAMES G. ROCHE, Secretary  )
     of the Air Force,         )
                               )
        Defendant.             )
_____)
```

**ORDER**

On July 6, 2001, plaintiff Susan M. Archibald filed this lawsuit against the Secretary of the Air Force pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. §552, for denying a FOIA request for documents.  In her complaint, plaintiff alleges that she made a FOIA request by letter from her counsel to the Air Force on August 17, 2000, that her request was denied on October 24, 2001, and her appeal of that denial was ultimately denied on January 12, 2001.  Defendant has moved to dismiss plaintiff's complaint for lack of subject matter jurisdiction, or in the alternative for summary judgment on the grounds that its withholding decisions were proper.

Plaintiff's assertion that she filed the FOIA request to the Air Force does not appear to be supported by the record.  FOIA requires that the civil action challenging a request denial be brought by the person who filed the request.  The request letter appears to be filed on behalf of the attorney who signed the

letter, Robert Cusick, rather than on behalf of the plaintiff. *See* Plf's Opp., Ex. A.  Nowhere in that letter does Mr. Cusick ever state that he is filing this request on behalf of his client Ms. Archibald.  *Id.*  While he does identify Ms. Archibald as his client in the letter, he only does so in the context of describing the requested documents.  *Id.*  Neither party has provided the Court with much precedent to guide this decision.  Defendant cites only the statute and case law to support the general proposition that the plaintiff must exhaust remedies.  Plaintiff cites only one Western District of Washington District Court decision from 1968, *Benson v. General Services Administration*, 289 F.Supp. 590, 593 (W.D. Wash. 1968).  *Benson* involved very different factual circumstances than those facing this Court.  In *Benson* the defendant was aware a FOIA request was made by an attorney on behalf of a client, a partnership, but was unaware that the plaintiff was a member of that partnership. The plain terms of the statute applied to the facts of this case suggest a different outcome.

However, this Court finds that it would not be in the interest of justice to immediately dismiss this case for lack of jurisdiction without allowing plaintiff the opportunity to amend her complaint to include a proper plaintiff, Mr. Cusick or his law firm.  Therefore, it is hereby

**ORDERED** that defendant's motion to dismiss is **DENIED WITHOUT PREJUDICE**; it is

**FURTHER ORDERED** that plaintiff shall file an amended complaint by no later than **Friday, April 27, 2002;** it is

**FURTHER ORDERED** that in the event that plaintiff fails to file an amended complaint this case shall be dismissed; it is

**FURTHER ORDERED** that plaintiff's motion for summary judgment and defendant's motion for summary judgment are **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**


**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **March 29, 2002**

Notice to:

   Stephen C. Glassman, Esq.
   Glassman & Bullock
   1950 Old Gallows Road
   Suite 700
   Vienna, VA 22182

   Thomas M. Ray, Esq.
   U.S. ATTORNEY'S OFFICE
   Judiciary Center Building
   555 4th Street, NW
   10th Floor
   Washington, DC 20001